In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-00934-CR

____________


DASHAUN RICHARD, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 248th District Court 

Harris County, Texas

Trial Court Cause No. 817899





MEMORANDUM OPINION


 Appellant pled guilty without an agreed recommendation to aggravated
robbery, and the trial judge placed him on deferred adjudication probation for eight
years. Upon the State's motion to adjudicate guilt, appellant pled true to all but one
allegation, and the trial judge adjudicated guilt and assessed punishment at eight years
in prison. We affirm.

 In points of error one and two, appellant claims his punishment was cruel and
unusual. See U.S. Const. amend. VIII, XIV; Tex. Const. art. I, § 13. Appellant did
not preserve error because he did not object. See Solis v. State, 945 S.W.2d 300, 301-02 (Tex. App.--Houston [1st Dist.] 1997, pet. ref'd); see also Tex. R. App. P. 33.1(a).

 We overrule points of error one and two. 

 We affirm the judgment.


PER CURIAM



Panel consists of Justices Cohen, Nuchia, and Price. (1) 


Do not publish. Tex. R. App. P. 47.4.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.